

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

MAY 0 8 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25-CR- 94 |
| | § | Judge MJT / CLS |
| ZACHARY DIXON PARKER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

<u>Violation:</u> 18 U.S.C. § 371
(Conspiracy to Commit Wire Fraud)

From in or around March 2021, and continuing thereafter until in or about January 2023, in the Eastern District of Texas and elsewhere, the defendant, **Zachary Dixon Parker**, and others, did knowingly and willfully combine, conspire, confederate, and agree to violate 18 U.S.C. § 1343, wire fraud, that is, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce any writings, signs, signals, pictures, and sounds for the purpose of executing a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent material pretenses, representations, and promises.

The scheme to defraud involved **Parker** making false material representations to induce victims to lend him money to buy equipment (he spent the money on other things); to purchase equipment from **Parker** that he represented was unencumbered (it

Information – Zachary Dixon Parker
Page 1 of 4

was in fact subject to liens); and to issue **Parker** draw payments for construction work he did not perform.

Parker committed multiple over acts in furtherance of the conspiracy.  For example, **Parker** induced Newstream Capital Partners ("Newstream") to loan him $735,000 to purchase a 2019 Vermeer 1155 Commander 3 Trencher ("the equipment"). On March 7, 2022, Newstream sent, via interstate wire, $714,615 (the purchase price of the equipment less fees) to a bank account owned and controlled by **Parker**. **Parker** never purchased the equipment but instead used a portion of the borrowed funds to purchase title insurance for real property located in Glen Rose, Texas.

All in violation of 18 U.S.C. § 371.

**Information – Zachary Dixon Parker**
**Page 2 of 4**

## <u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>

<u>Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)</u>

As a result of committing the offense charged in this Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all proceeds from the offense and property derived from proceeds obtained directly or indirectly from the offense.

All such proceeds are subject to forfeiture by the government.

Respectfully Submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 868-9454 (main)
sean.taylor@usdoj.gov

**Information – Zachary Dixon Parker**
**Page 3 of 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA         §
                                 §
                                 §
v.                               §     No. 4:25-CR- 94
                                 §     Judge MJT / CLS
ZACHARY DIXON PARKER             §
                                 §

## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. § 371
                    (Conspiracy to Commit Wire Fraud)

Penalty:            A fine of $250,000, or twice the pecuniary gain to the defendant or
                    loss of the victim(s), whichever is greater; imprisonment for not
                    more than 5 years; and a term of supervised release of not more than
                    3 years.

Special
Assessment:         $100

Information – Zachary Dixon Parker
Page 4 of 4