IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED

MAY 0 8 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:25CR 94 |
| | § MJT/CLS |
| ZACHARY DIXON PARKER | § |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant,

**ZACHARY DIXON PARKER**, and the government have entered into a plea in relation

to the charges now pending before this Court.

Respectfully Submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
600 East Taylor Street, Suite 200
Sherman, Texas 75090
(903) 868-9454 (main)

sean.taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via email todefense
counsel on May 7, 2025.

SEAN J. TAYLOR
Assistant United States Attorney

Notice of Plea Agreement
Page 1