

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

MAY 0 8 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25CR 94 |
| | § | |
| ZACHARY DIXON PARKER | § | |

## ELEMENTS OF THE OFFENSE

The defendant, Zachary Dixon Parker, is charged in Count One of the Information with a violation of 18 U.S.C. § 371, Conspiracy to Commit Wire Fraud. The elements of the offense are as follows:

### Conspiracy

*First,* That the defendant and at least one other person agreed to commit the crime of wire fraud, as charged in the Information;

*Second,* That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third,* That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Information, in order to accomplish some object or purpose of the conspiracy.

### Wire Fraud

*First,* That the defendant knowingly devised or intended to devise any scheme to defraud;

*Second,* That the scheme to defraud employed false material representations, pretenses, or promises;

*Third,* That the defendant transmitted or caused to be transmitted by way of wire, radio, or television communications, in interstate or foreign commerce, any writing, sign, signal, picture, or sound for the purpose of executing such scheme; and

Elements of the Offense - Page 1

*Fourth,*    That the defendant acted with a specific intent to defraud.

Respectfully Submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

*/s/ Sean J. Taylor*
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 868-9454 (main)
sean.taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel of record for the defendant via the court's CM/ECF on February 21, 2024.

*/s/ Sean J. Taylor*
SEAN J. TAYLOR

Elements of the Offense - Page 2