IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA      §

     §

v.      §      No. 4:25CR94

     §      Judge Truncale

ZACHARY DIXON PARKER      §

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States

Attorney for the Eastern District of Texas on behalf of the United States of America, on

this date came on for consideration, and it appearing to the Court that the Petition states

good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad

Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of

Texas and Sheriff of the Parker County Jail shall produce and have the body of

**ZACHARY DIXON PARKER (Booking # 4065523)** who is detained in the custody of

the Sheriff of the Parker County Jail, before the United States District Court for the

Eastern District of Texas, in Sherman, Texas, instanter, said Defendant to appear for

Initial Appearance/Arraignment and for the above-styled cause; and to return

**ZACHARY DIXON PARKER (Booking # 4065523),** Defendant herein, to the custody

of the Sheriff of the Parker County Jail, under safe and secure conduct at the conclusion

of all of said proceedings hereafter ordered by this Court, and have you then and there

this Writ.