IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case No. 4:25CR94 |
| | § | Judge Truncale |
| ZACHARY DIXON PARKER | § | |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and Sheriff of the Parker County Jail shall produce and have the body of **ZACHARY DIXON PARKER (Booking # 4065523)** who is detained in the custody of the Sheriff of the Parker County Jail, before the United States District Court for the Eastern District of Texas, in Plano, Texas, on **June 11, 2025 at 10:30 am**. in Courtroom # 108, United States Courthouse, 7940 Preston Road, Plano, Texas, said Defendant to appear for Initial Appearance, Arraignment and Change of Plea in the above-styled cause; and to return **ZACHARY DIXON PARKER (Booking # 4065523),** Defendant herein, to the custody of the Sheriff of the Parker County Jail, under safe and secure

conduct at the conclusion of all of said proceedings hereafter ordered by this court, and

have you then and there this Writ.

**SIGNED this the 16th day of May, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE