IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:25CR94 |
| | § | |
| ZACHARY DIXON PARKER | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Catherine Stanley, enters his appearance as co-counsel in this case on behalf of Zachary Dixon Parker and respectfully requests that he be added to the list of counsel to receive all future notices, orders, and filings in this case through the Court's CM/ECF system.

Respectfully submitted,

/s/ Catherine Stanley
Catherine Stanley, TX Bar Number: 24110542
cstanley@kearneylawfirm.com
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
(8l7) 336-5600
(817) 336-5610 (fax)