IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:25-CR-94 |
| | § | Judge Truncale |
| ZACHARY DIXON PARKER | § | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the

Eastern District of Texas, files this Notice of Substitution of Attorney and requests that

Assistant United States Attorney Abe McGlothin, Jr. be listed as lead counsel replacing

Assistant United States Attorney Sean J. Taylor, who is no longer with the United States

Attorney for the Eastern District.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

*/s/ Abe McGlothin, Jr.*
ABE MCGLOTHIN, JR.
Assistant United States Attorney
600 East Taylor Suite 2000
Sherman, Texas 75090
Mississippi State Bar No. 104247
Telephone: 903/868-9454
Facsimile: 903/892-2792
Abe.mcglothin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing Notice of Appearance

has been filed on this 5th day of June 2025 and sent via ECF to counsel for defendant.


*/s/ Abe McGlothin, Jr.*

ABE MCGLOTHIN, JR.
Assistant United States Attorney