IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.   4:25CR94 |
| | § | Judge Truncale/Judge Stetson |
| ZACHARY DIXON PARKER | § | |

## MOTION FOR DETENTION HEARING

The United States requests that this case be set for a detention hearing under 18

U.S.C. § 3141, et. seq., for the following reason(s):

**1.   The pending case involves:**

[ ]   (A)    A crime of violence.

[ ]   (B)    An offense for which the maximum sentence is life imprisonment or death.

[ ]   (C)    An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or Title 21, United States Code, section 955(a).

[ ]   (D)    A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, section 3142(f)(1)(A)(C) or comparable state or local offenses.

[X]   (E)    A serious risk that the Defendant will flee.

[ ]   (F)    A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

[ ]   (G)    The person was on release pending trial for a felony under State, Federal or Local law; or was on probation or parole for an offense under State, Federal or Local law.

Motion for Detention Hearing - Page  1

[ ]   (H)   A felony that involves a minor victim.

[ ]   (I)   A felony that involves the possession or use of a firearm or destructive device or any dangerous weapon.

[ ]   (J)   A felony that involves the failure to register under Title 18, United States Code, Section 2250.

**2.   No condition or combination of conditions will:**

[X]   (A)   Reasonably assure the appearance of the person as required.

[ ]   (B)   The safety of the community or any other person.

3.   Pursuant to 18 U.S.C. § 3142(d), the person should be detained for a period of not more than ten days excluding Saturdays, Sundays, and holidays.

The United States requests that the Defendant be held without bond.

Respectfully submitted,

JAY R. COMBS
Acting United States Attorney

*/s/ Abe McGlothin, Jr.*
ABE MCGLOTHIN, JR.
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas     75090
Mississippi State Bar No. 104247
Telephone: 903/868-9454
Facsimile: 903/892-2792
Abe.mcglothin@usdoj.gov

**Motion for Detention Hearing - Page 2**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on June 6, 2025.   All case participants will receive a notice of the filing through the CM/ECF system.

<u>/s/ Abe McGlothin, Jr.</u>
ABE MCGLOTHIN, JR.

**Motion for Detention Hearing - Page  3**