IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.   4:25CR94 |
| | § | Judge Truncale |
| ZACHARY DIXON PARKER | § | |

## **ORDER**

The United States moves for a detention hearing.   Its motion is granted.   A detention hearing shall be set for _____, at _____.m., and the defendant shall be held until that time.