**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *verses* | § | CRIMINAL NO.  4:25CR94 |
| ZACHARY DIXON PARKER | § | |

## WAIVER OF INDICTMENT

I, Zachary Dixon Parker, hereby acknowledge my right to have my case considered by a grand jury and indicted within thirty (30) days of my arrest.  I hereby waive this right to be indicted within thirty (30) days of arrest in order that my attorney and the attorney for the Government have an adequate opportunity to discuss my case.  Not only do I waive the right to be indicted within thirty (30) days of my arrest, but I waive my right to an indictment altogether and choose to permit the Government to proceed by Information.

DATE: June 9, 2025

_____
Attorney for Defendant

_____
Defendant, Zachary Dixon Parker