UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
                             §
*versus*                     §     CASE NUMBER 4:25CR94
                             §
ZACHARY DIXON PARKER         §
                             §

ORDER OF DETENTION

The court called a hearing to consider the matter of Defendant's detention pending trial, Defendant waived findings and his right to a detention hearing. It is therefore,

**ORDERED** that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

**SIGNED this the 9th day of June, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE