IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY DIXON PARKER

Case No. 4:25-cr-94

## MOTION FOR LEAVE TO FILE OUT OF TIME DOCUMENT

## FOR CONSIDERATION AT SENTENCING

Defendant Zachary Parker files this Motion for Leave to File Out of Time a Document for Consideration at Sentencing. Mr. Parker respectfully requests leave to file the certificate filed as docket number 26 pursuant to local rule CV-7(k) and consider Mr. Parker's completion of this course at sentencing for the reasons set forth below.

While in custody, Mr. Parker participated in a Belief Therapy Class which he has worked very diligently to complete. Mr. Parker completed the course on March 16, 2026 and mailed the Certificate of Completion of Belief Therapy to our office. Undersigned Counsel received the certificate from Mr. Parker on Thursday March 26, 2026—after all sentencing documents were due.[1] Since undersigned counsel had not received the certificate before the deadline, the certificate was not filed along with the other sentencing materials.

Accordingly, Mr. Parker respectfully requests leave to file the certificate filed as docket number 26 and consider Mr. Parker's completion of this course at sentencing.

---

[1] Pursuant to this Court's scheduling order, all sentencing documents must be filed no later than seven business days after March 16, 2026 to be considered. ECF No. 24.

1

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
jkearney@kearneylawfirm.com
*/s/ Catherine Stanley*
CATHERINE STANLEY
Texas Bar Number: 24110542
cstanley@kearneylawfirm.com
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite
420 Fort Worth, Texas
76107 Phone: 8l7-336-5600
Fax: 817-336-5610

## *CERTIFICATE OF CONFERENCE*

I hereby certify undersigned counsel conferred with Abe McGlothin, Attorney of record for the Government, who is unopposed to the relief requested herein.

*/s/ Catherine Stanley*
CATHERINE STANLEY

## *CERTIFICATE OF SERVICE*

I hereby certify the foregoing document was electronically filed, and Assistant United States Attorney Abe McGlothin was electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ Catherine Stanley*
CATHERINE STANLEY