IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY DIXON PARKER

Case No. 4:25-cr-94

## <u>Order</u>

Before the Court is Defendant's Motion For Leave To File Out of Time Document for Consideration at Sentencing (the "Motion"). The Court finds said Motion is meritorious and should be GRANTED.