# Certificate of Completion

## Belief Therapy Class

As of this date, March 16, 2026, *Zachary Parker*

has successfully completed the requirements for Belief Therapy Class



Gerald Mosman, volunteer
Fannin County Jail Ministries
FCDC and Jail Annex
Bonham, Fannin County, Texas